WINTHROP TAYLOR, Respondent and Appellant, *v.* SMITHTOWN COUNTRY, OUTING AND BEACH CLUB, INC., Appellant and Respondent, BANK OF SMITHTOWN, Respondent, et al., Defendants.

Argued June 9, 1943; decided July 20, 1943.

*Walter R. Kuhn* and *John J. Kuhn* for plaintiff-respondent and appellant.

*Archibald R. Watson* and *Guy O. Walser* for Smithtown Country, Outing and Beach Club, Inc., defendant-appellant and respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.